IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT THE
NORTHEAST CORNER OF THE
INTERSECTION OF 9th STREET AND 12th
AVENUE, HAVING RESIDENTIAL ADDRESSES
OF 1203 9th STREET, 1203 ½ 9th STREET, AND 824
12th AVENUE, MONROE, GREEN COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON,

        Defendant.

Case No. 11-CV-225

ORDER OF FORFEITURE

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1.    The Stipulated Settlement Agreement is incorporated herein by reference and attached to this Order of Forfeiture.

2.    The thirty-eight thousand dollars ($38,000.00) as substitute <u>res</u> for the Northeast Corner of the Intersection of 9th Street and 12th Avenue, Having Residential Addresses of 1203 9th Street, 1203 ½ 9th Street, and 824 12th Avenue, Monroe, Green County, Wisconsin is condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(7).

3. The government is to file a release of lis pendens with the register of deeds for Green County upon receipt of the thirty-eight thousand dollars ($38,000.00) substitute res.

4. The United States Marshal for the Western District of Wisconsin is directed to dispose of the thirty-eight thousand dollars ($38,000.00) in accordance with federal law.

ORDERED this 30th day of August 2011.

*Barbara B Crabb*
BARBARA B. CRABB
United States District Court Judge