IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT THE
NORTHEAST CORNER OF THE
INTERSECTION OF 9th STREET AND 12th
AVENUE, HAVING RESIDENTIAL ADDRESSES
OF 1203 9th STREET, 1203 ½ 9th STREET, AND 824
12th AVENUE, MONROE, GREEN COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON,

        Defendant.

Case No. 11-CV-225

---

ORDER FOR DEFAULT JUDGMENT AGAINST COLLIN GOBELI

---

    The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, filed a complaint for forfeiture against the defendant Real Property Located at the Northeast Corner of the Intersection of 9th Street and 12th Avenue, Having Residential Addresses of 1203 9th Street, 1203 ½ 9th Street, and 824 12th Avenue, Monroe, Green County, Wisconsin , on March 28, 2011.

    The complaint alleges that the defendant real property was used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 801 et seq., punishable by more than one year imprisonment. The

complaint further alleges that the defendant real property is forfeitable to the United States under the provisions of 21 U.S.C. § 881(a)(7).

Notice of the forfeiture action was served on all parties known to the government. On April 18, 2011, Collin Gobeli was served by certified U.S. mail. On May 6, 2011, John Karls was personally served with a copy of the notice and complaint. The defendant property was posted on May 6, 2011.

No claim, answer, or other responsive pleading has been filed by Collin Gobeli with the Court pursuant to the Federal Rules of Civil Procedure.

The United States of America has made an application to this Court for a default judgment to be entered, accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. the Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest of Collin Gobeli in the defendant Real Property Located at the Northeast Corner of the Intersection of 9th Street and 12th Avenue, Having Residential Addresses of 1203 9th Street, 1203 ½ 9th Street, and 824 12th Avenue, Monroe, Green County, Wisconsin, is conveyed to the Plaintiff, United States of America.

DATED: September 9, 2011

BY THE COURT:

BARBARA B. CRABB
United States District Judge

Entered this 14TH day of September, 2011

By: Lynn Kamle, Deputy Clerk
PETER OPPENEER, Clerk
United States District Court

2